IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT E. HALL and PAMELA HALL, | ) ) Civil Action |
| Plaintiffs | ) No. 09-cv-03531 ) ) |
| vs. | ) ) |
| SAFECO INSURANCE COMPANY OF INDIANA, | ) ) ) |
| Defendant | ) ) |

O R D E R

NOW, this 23rd day of March, 2011, upon consideration of Defendant Safeco Insurance Company of Indiana's Motion for Partial Summary Judgment, which motion was filed March 24, 2010; upon consideration of Plaintiffs Robert E. Hall and Pamela Hall's Answer to Defendant's Motion for Partial Summary Judgment, which answer was filed on March 29, 2010; upon consideration of the Stipulation of Undisputed Facts filed on February 19, 2010; upon consideration of the briefs of the parties; after oral argument held April 5, 2010; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Defendant Safeco Insurance Company of Indiana's Motion for Partial Summary Judgment is granted.

IT IS FURTHER ORDERED that the portion of Count I of plaintiffs' Complaint seeking first-party benefits for Robert E. Hall's wage loss and medical benefits is dismissed.

IT IS FURTHER ORDERED that judgment is entered in favor of defendant Safeco Insurance Company of Indiana and against

plaintiffs Robert E. Hall and Pamela Hall on the portion of Count I of plaintiffs' Complaint seeking first-party benefits for Robert E. Hall's wage loss and medical benefits.

IT IS FURTHER ORDERED that a second Rule 16 telephone status conference is scheduled for August 2, 2011 at 9:15 o'clock a.m.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge